```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS



JOYCELYN ROBERTS,         )
     Plaintiff,           )
                          )    CIVIL ACTION NO. 07-12154-DPW
 v.                       )
                          )
DELTA AIR LINES, INC.,    )
     Defendant.           )
```

## JUDGMENT

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order dated December 4, 2008, granting the Defendant's Motion for Summary Judgment, for the reasons stated therein, it is hereby ORDERED, ADJUDGED AND DECREED:

**Judgment for the Defendant against the Plaintiff.**

                                        BY THE COURT,

                                        /s/ Jarrett Lovett
                                        Deputy Clerk

DATED: December 4, 2008